## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ONTARIUS TARI ARMSTRONG, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 23-0411-C |
| KRYSTAL RESTAURANTS, LLC, | : | |
| Defendant. | : | |

## ORDER

This matter is before the undersigned on the parties' Joint Stipulation of Dismissal (Doc. 25), filed December 9, 2024. In the parties' stipulation and agreement, it states that any and all claims against Defendant Krystal Restaurants, LLC, have been resolved and that the claims be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

In accordance with the stipulation and agreement, Plaintiff's claims against Defendant Krystal Restaurants, LLC, are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

**DONE** and **ORDERED** this 9th day of December, 2024.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**